UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:01cr0034 AS |
| | ) | |
| JENNIFER M. STROMBECK | ) | |

### *MEMORANDUM OPINION AND ORDER*

This court takes full judicial notice of the proceedings in this criminal case. On April 4, 2005, Jennifer M. Strombeck, appearing *pro se*, made extensive filings with regard to a reduction of sentence. She does not specifically invoke 28 U.S.C. §2255, but simply attempts to argue that under the relevant statute, 18 U.S.C. §924(c), this court some way or other got it wrong in her sentence. Neither does she invoke *United States v. Booker*, 125 S. Ct. 738 (2005), or *Blakely v. Washington*, 540 U.S. 965 (2004). She must of necessity invoke Rule 35 of the Federal Rules of Criminal Procedure, and under it this petition is simply untimely. The sentence was imposed on April 26, 2002, almost exactly three years ago. Careful proceedings were conducted with regard to the plea of guilty and sentence, and aside from the issue of timeliness, this court can find no basis to excuse the delay under the most recent expression on the question of tolling by the Supreme Court of the United States in *Pace v. DiGuglielmo*, __ U.S. __ (February 28, 2005).

After careful reconsideration, the *pro se* filing of Jennifer M. Strombeck on or about April 4, 2005 is most respectfully **DENIED**. **IT IS SO ORDERED**.

**DATED:** May 26, 2005

                                              **s/ ALLEN SHARP**
                                              **ALLEN SHARP, JUDGE**
                                              **UNITED STATES DISTRICT COURT**